Per Service
FNBO
JUN 12 2019
C 10:11 a.m.
LEGAL
Adam Price

State of Minnesota
County of Crow Wing

District Court
Ninth Judicial District

---

Troy K. Scheffler,

                Plaintiff,

Vs.

First National of Nebraska, Inc.,

                Defendant.

Court File No.:
Case Type: Civil Other

**SUMMONS**

---

THIS SUMMONS IS DIRECTED TO:

First National of Nebraska, Inc.
1620 Dodge St
Omaha, NE 68197

    1. **YOU ARE BEING SUED.** The Plaintiff has started a lawsuit against you. The Plaintiffs Complaint against you is attached to this summons. Do not throw these papers away. They are official papers that affect your rights. You must respond to this lawsuit even though it may not yet be filed with the Court and there may be no court file number on this summons.

    2. **YOU MUST REPLY WITHIN 20 DAYS TO PROTECT YOUR RIGHTS.** You must give or mail to the person who signed this summons a written response called an Answer within 20 days of the date on which you received this Summons. You must send a copy of your Answer to the person who signed this summons located at:

Troy Scheffler
Plaintiff Pro Se
26359 Shandy Trl
Merrifield, MN 56465
763-225-7702

    3. **YOU MUST RESPOND TO EACH CLAIM.** The Answer is your written response to the Plaintiffs Complaint. In your Answer you must state whether you agree or disagree with each paragraph of the Complaint. If you believe the Plaintiff should not be given everything asked for in the Complaint, you must say so in your Answer.

1

**4. YOU WILL LOSE YOUR CASE IF YOU DO NOT SEND A WRITTEN RESPONSE TO THE COMPLAINT TO THE PERSON WHO SIGNED THIS SUMMONS.** If you do not Answer within 20 days, you will lose this case. You will not get to tell your side of the story, and the Court may decide against you and award the Plaintiff everything asked for in the complaint. If you do not want to contest the claims stated in the complaint, you do not need to respond. A default judgment can then be entered against you for the relief requested in the complaint.

**5. LEGAL ASSISTANCE.** You may wish to get legal help from a lawyer. If you do not have a lawyer, the Court Administrator may have information about places where you can get legal assistance. Even if you cannot get legal help, you must still provide a written Answer to protect your rights or you may lose the case.

**6. ALTERNATIVE DISPUTE RESOLUTION.** The parties may agree to or be ordered to participate in an alternative dispute resolution process under Rule 114 of the Minnesota General Rules of Practice. You must still send your written response to the Complaint even if you expect to use alternative means of resolving this dispute.

_____  Dated: 06-03-2019
Troy Scheffler
26359 Shandy Trl
Merrifield, MN 56465
763-225-7702

| | |
|---|---|
| State of Minnesota<br>County of Crow Wing | District Court<br>Ninth Judicial District |

Troy K. Scheffler,

                Plaintiff,        Court File Number:
                                   Case Type: Civil Other

Vs.

                                   **COMPLAINT**
                                   Jury Demanded

First National of Nebraska, Inc.,
                Defendant.

COMES NOW THE PLAINTIFF AND STATES HIS CAUSE OF ACTION AS FOLLOWS:

## INTRODUCTION

Plaintiff Troy Scheffler sues Defendant for actions under the Telephone Consumer Protection Act (TCPA) 15 U.S.C. §1692. Plaintiff demands trial by jury.

## SUBJECT MATTER JURISDICTION

1. This court has subject matter jurisdiction as a court of general jurisdiction in accordance with Minn. Stat. § 484.01 and 47 U.S.C. § 227(b)(3)

## VENUE

2. Plaintiff lays venue in the district court, Second Judicial District, Crow Wing County, Minnesota, in accordance with Minn. Stat. § 542.09, as the events of the cause of action took place within Crow Wing

1

County.

## PARTIES

3.  Plaintiff Troy K. Scheffler is an adult man domiciled at 26359 Shandy Trl, Merrifield, MN 56465.

4.  First National of Nebraska, Inc. is a corporation having a registered office address at 1620 Dodge St, Omaha, NE 68197.

## FACTS

5.  That on 02/17/2017, Plaintiff did telephone Defendant at 888-810-5673.

6.  Plaintiff spoke to an employee of Defendant's named "Daniel".

7.  Plaintiff informed Daniel that Defendant's automated telephone equipment was incessantly dialing his cellular phone and leaving messages.

8.  Plaintiff demanded that Defendant stop using his cellular phone number to contact him.

9.  Daniel then asked if Plaintiff would like to be put on the "do not call list".

10. Plaintiff agreed.

11. Daniel stated to Plaintiff that he would not receive any further

calls.

12. That Defendant did telephone Plaintiff's cellular phone on at least 02/19/2018 at 8:41am, 02/20/2018 at 2:37pm, 02/22/2018 at 1:04pm, 02/26/2018 at 5:53pm, and 02/27/2018 at 6:23pm.

## CLAIMS

### I. 47 U.S. Code § 227(b)(1)(A)(iii)

13. That on 02/17/2018, Defendant assured Plaintiff that he would no longer receive telephone calls by Defendant's automated telephone equipment.

14. That Defendant did telephone Plaintiff's cellular phone on at least 02/19/2018 at 8:41am, 02/20/2018 at 2:37pm, 02/22/2018 at 1:04pm, 02/26/2018 at 5:53pm, and 02/27/2018 at 6:23pm.

15. That Defendant willfully and knowingly used their automated telephone equipment to make said calls to Plaintiff.

16. Plaintiff seeks statutory damages per violation at treble amounts of $1500 in the total amount of $7,500.

**WHEREFORE**, Plaintiff Troy Scheffler prays for the following relief against the named Defendants:

3

A. Judgment in the favor of Plaintiff against Defendant;

B. Statutory damages;

C. Costs and disbursements in accordance with law;

D. Prejudgment interest in accordance with law;

E. Reasonable Attorney Fees; and

F. Such other legal or equitable relief as this court is pleased to grant.

## PLAINTIFF DEMANDS A TRIAL BY JURY.

## VERIFICATION

Having reviewed the above complaint, plaintiff Troy Scheffler affirms under penalty of law that all statements above, excluding those made on information and belief, are true to the best of Plaintiff's present knowledge.

Date: 06-03-2019

Troy Scheffler
Plaintiff Pro Se
26359 Shandy Trl
Merrifield, MN 56465
763-225-7702

4

# FIRST NATIONAL OF NEBRASKA, INC.

Tue Apr 16 19:38:41 2019

**SOS Account Number**
0048283
**Status**
Active

**Principal Office Address**
1620 DODGE ST
OMAHA, NE 68197
**Registered Agent and Office Address**
MAUREEN O'CONNOR
1620 DODGE STREET
OMAHA, NE 68197

**Nature of Business**
BANK HOLDING COMPANY
**Entity Type**
Domestic Corp
**Date Filed**
Aug 26 1968

| Corporation Position | Name | Address |
| --- | --- | --- |
| President | CLARKSON D LAURITZEN | 1620 DODGE ST OMAHA, NE 68197 |
| Secretary | NICHOLAS W BAXTER | 1620 DODGE ST OMAHA, NE 68197 |
| Treasurer | TIMOTHY D HART | 1620 DODGE ST OMAHA, NE 68197 |
| Director | GEORGE J BEHRINGER | 1620 DODGE ST OMAHA, NE 68197 |
| Director | JOHN W CASTLE | 1620 DODGE ST OMAHA, NE 68197 |
| Director | MARGARET L DODGE | 1620 DODGE ST OMAHA, NE 68197 |
| Director | ROGER FLEURY | 1620 DODGE ST OMAHA, NE 68197 |
| Director | MICHAEL FOUTCH | 1620 DODGE ST OMAHA, NE 68197 |
| Director | BRUCE R LAURITZEN | 1620 DODGE ST OMAHA, NE 68197 |
| Director | CLARKSON D LAURITZEN | 1620 DODGE ST OMAHA, NE 68197 |
| Director | BRYAN SLONE | 1620 DODGE ST OMAHA, NE 68197 |

| Corporation Position | Name | Address |
|---|---|---|
| Director | THOMAS C STOKES | 1620 DODGE ST<br>OMAHA, NE 68197 |

## Filed Documents

To purchase copies of filed documents check the box to the left of the document code. If no checkbox appears, contact the Secretary of State's office to request the document(s).

| | Document | Date Filed | Price |
|---|---|---|---|
| ☐ | Articles Perpetual | Aug 26 1968 | $4.05 = 9 page(s) @ $0.45 per page |
| ☐ | Change of Agent or Office | Jul 16 1974 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Change of Agent or Office | Apr 27 1981 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Amendment | Jul 08 1981 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Proof of Publication | Aug 10 1981 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | Change of Agent or Office | Apr 26 1988 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | Merger | Mar 31 1989 | $1.80 = 4 page(s) @ $0.45 per page |
| ☐ | Proof of Publication | May 04 1989 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | Merger | Jun 26 1990 | $1.35 = 3 page(s) @ $0.45 per page |
| ☐ | Amendment | Jul 26 1990 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | Proof of Publication | Aug 22 1990 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | Merger | Mar 25 1992 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Proof of Publication | Jun 03 1992 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | Amendment | Jun 12 1992 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | Amendment | Jun 17 1992 | $1.80 = 4 page(s) @ $0.45 per page |
| ☐ | Reduction of Stock | Jun 17 1992 | $0.90 = 2 page(s) @ $0.45 per page |

4/16/2019
CASE 0:19-cv-01751-MJD-LIB   Document 1-1   Filed 07/02/19   Page 9 of 10
Nebraska Secretary of State - Corporation and Business Entity Searches

| | Document | Date Filed | Price |
|---|---|---|---|
| ☐ | Proof of Publication | Jul 15 1992 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | Change of Agent or Office | Apr 11 1997 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | Amendment | Jun 18 1997 | $1.80 = 4 page(s) @ $0.45 per page |
| ☐ | Proof of Publication | Aug 07 1997 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | Tax Return | Feb 16 1999 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Mar 28 2000 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Apr 10 2001 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Apr 29 2002 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Feb 25 2003 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Feb 09 2004 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Feb 23 2006 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Change of Agent or Office | Mar 27 2006 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | Tax Return | Jan 24 2008 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Amendment | Nov 25 2009 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Proof of Publication | Dec 28 2009 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | Tax Return | Jan 27 2010 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Merger | Jun 28 2010 | $2.70 = 6 page(s) @ $0.45 per page |
| ☐ | Proof of Publication | Jul 23 2010 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | Merger | Sep 28 2010 | $2.70 = 6 page(s) @ $0.45 per page |
| ☐ | Merger | Sep 28 2010 | $2.70 = 6 page(s) @ $0.45 per page |
| ☐ | Change of Agent or Office | Feb 03 2011 | $0.45 = 1 page(s) @ $0.45 per page |

| | Document | Date Filed | Price |
|---|---|---|---|
| ☐ | Tax Return | Feb 16 2012 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Feb 07 2014 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Feb 12 2016 | $1.35 = 3 page(s) @ $0.45 per page |
| ☐ | Tax Return | Feb 26 2018 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Amendment | Jun 06 2018 | $0.45 = 1 page(s) @ $0.45 per page |

## Good Standing Documents

To purchase documents attesting to the entity's good standing check the box next to the document title.

- If you need your Certificate of Good Standing Apostilled or Authenticated for use in another country, you must contact the Nebraska Secretary of State's office directly for information and instructions. Documents obtained from this site cannot be Apostilled or Authenticated.

☐ **Online Certificate of Good Standing with Electronic Validation**

**$6.50**

This certificate is available for immediate viewing/printing from your desktop. A Verification ID is provided on the certificate to validate authenticity online at the Secretary of State's website.

☐ **Certificate of Good Standing - USPS Mail Delivery**

**$10.00**

This is a paper certificate mailed to you from the Secretary of State's office within 2-3 business days.

Select All | Select None

↑ Back to Top